# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH VILLAVERDE, | Case No. 1:22-cv-00888-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION |
| v. | |
| LOUIS DEJOY, et al., | SEVEN DAY DEADLINE |
| Defendants. | |

On July 18, 2022, Sarah Villaverde ("Plaintiff") filed this action against Louis DeJoy, in his official capacity as U.S. Postmaster General, and the United States Postal Service. (ECF No. 1.) A summons was returned executed on September 22, 2022, proffering service was completed on September 16, 2022. (ECF No. 4.) No responsive pleading has been filed, nor a request for entry of default. See Fed. R. Civ. P. 12(a)(2) ("A United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States attorney, whichever is later."). Given a scheduling conference is set for December 15, 2022, the Court shall order Plaintiff to file a status report.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendants, or some other notice regarding the status of this action regarding readiness to proceed into the scheduling conference. If Defendants have served an answer, and such answer is filed before the seven (7) day deadline and the parties intend to proceed as normal into the scheduling conference, Plaintiff is not required to file any additional notice prior to the date the scheduling report is due.

IT IS SO ORDERED.

Dated: **November 21, 2022**

UNITED STATES MAGISTRATE JUDGE