# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH VILLAVERDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00888-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 5, 6, 7) |

　　Plaintiff Sarah Villaverde ("Plaintiff") initiated this action on April 8, 2022. The initial scheduling conference is currently set for December 15, 2022. (ECF No. 5.) On November 22, 2022, the Court ordered Plaintiff to file a request for entry of default or a notice of status of action. (ECF No. 6.) On November 28, 2022, Plaintiff filed a declaration seeking additional time to complete service, which the Court construes as a motion for an extension of time to complete service under Federal Rule of Civil Procedure 4(m). (ECF No. 7.)

　　Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

　　In the filing, Plaintiff proffers she believed she had effected proper service on both

Defendants, but was recently informed by the U.S. Attorney for the Eastern District of California that service on Defendant DeJoy was improper. (ECF No. 7.) Plaintiff proffers she has re-served both Defendants and requests a 60-day extension to effectuate proper service. The Court finds good cause to grant the requested extension, and will continue the mandatory scheduling conference to accommodate the extension. Fed. R. Civ. P 4(m); Fed. R. Civ. P. 16(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to complete service pursuant to Fed. R. Civ. P. 4(m) (ECF No. 7) is GRANTED;

2. The deadline for Plaintiff to complete service on Defendants shall be extended to **January 30, 2023**;

3. The scheduling conference currently set for December 15, 2022, is CONTINUED to **March 14, 2023**, at **1:30 p.m.** in **Courtroom 9**; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **November 29, 2022**

UNITED STATES MAGISTRATE JUDGE