# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH VILLAVERDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOUIS DEJOY, et al.,<br><br>　　　　　Defendants. | 1:22-cv-00888-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 18) |

　　　　Plaintiff initiated this action on July 28, 2022. (ECF No. 1.) A scheduling order for this matter issued on April 28, 2023. (ECF No. 17.) As relevant here, the deadline for non-expert discovery is currently set for March 22, 2024. (Id.)

　　　　On February 27, 2024, the parties filed a joint stipulation to extend the non-expert discovery cutoff, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 18.) The parties proffer lead counsel for Plaintiff resigned in September 2023 and the firm had to re-assign the instant matter. (Id. at 2.) There is currently outstanding written discovery in this matter and depositions that have been noticed but not taken. (Id.) The parties expect the depositions to occur in late March or early April 2024. (Id.) The parties request to modify the non-expert discovery deadline by one month, from March 22, 2024 to April 22, 2024.

(Id.)  The parties do not seek to modify any of the other deadlines set forth in the scheduling order.  The Court finds good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the scheduling order (ECF No. 17) is GRANTED and the scheduling order is modified as follows:

1. The non-expert discovery deadline is extended to **April 22, 2024**; and
2. All remaining deadlines set forth in the scheduling order, as modified, shall remain unaltered.

IT IS SO ORDERED.

Dated:   **February 29, 2024**

UNITED STATES MAGISTRATE JUDGE

2