MICHELE BECKWITH
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARAH VILLAVERDE,

                Plaintiff,

        v.

LOUIS DEJOY, in his official capacity as U.S.
Postmaster General, et al.,

                Defendants.

Case No.: 1:22-cv-00888-JLT-SAB

**STIPULATION AND PROPOSED
ORDER TO CONTINUE TRIAL
DATE**

The parties stipulate and request that the Court continue the jury trial in this matter from March 12, 2025, to March 18, 2025, on the following grounds:

1.     The Continuing Resolution signed into law on December 20, 2024, to extend federal spending and avert a government shutdown, expires on March 14, 2025.

2.     Trial in this matter is currently set to begin on Wednesday, March 12, 2025, with a dark day on Friday, March 14, 2025.

3.     If there is a lapse in appropriations, Assistant U.S. Attorneys and legal support staff in the Civil Division of the United States Attorney's Office, including trial counsel for Defendants in this action, are likely to be furloughed and precluded from substantive work until government funding is restored.

To avoid this potential disruption in the middle of the jury trial, the parties request that the start of trial be delayed by six days, to March 18, 2025.  The parties further respectfully request that

the deadline for submitting exhibit binders and filing optional trial briefs (Pretrial Order, Doc. 25) be extended to March 11, 2025.  The parties continue in their efforts to reach a negotiated settlement of this matter and will promptly file a Notice of Settlement if an agreement is reached.

Respectfully submitted,

Dated:  March 3, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated:  March 3, 2025

MAKAREM & ASSOCIATES

[Authorized March 3, 2025]

/s/ Alexis C. Hames
ALEXIS C. HAMES
Attorneys for Plaintiff

## ORDER

The above stipulation is APPROVED. The trial is CONTINUED to March 18, 2025 at 8:30 a.m., without prejudice to seeking further continuance in the event of a government shutdown. The deadline to lodge exhibit binder is CONTINUED to March 11, 2025.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
TO CONTINUE TRIAL DATE

2