# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH VILLAVERDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOUIS DEJOY, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00888-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 39) |

Before the Court is the parties' stipulation to briefly extend the time in which to file dispositional documents. (ECF Nos. 38, 39.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the parties shall have through May 16, 2025, to file dispositional documents. Any further extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **April 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge