# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH VILLAVERDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOUIS DEJOY, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00888-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 39) |

Before the Court is the parties' stipulation for a three week extension of time to file dispositional documents. (ECF No. 41.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the parties shall have through June 6, 2025, to file dispositional documents. Any further extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 15, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge