# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH VILLAVERDE,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00888-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 43) |

On June 5, 2025, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 43.) In light of the stipulation, this entire action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **June 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge